NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GTSI CORPORATION,**
*Appellant,*

v.

**DAN M. TANGHERLINI, ACTING ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION,**
*Appellee.*

---

2013-1152

---

Appeal from the Civilian Board of Contract Appeals in no. 2719, Administrative Judge Patricia J. Sheridan.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of GTSI Corporation's unopposed motion to withdraw its appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

GTSI CORPORATION V. GSA                                                          2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26

ISSUED AS A MANDATE: April 10, 2013